|     |                                      |                              |
| --- | ------------------------------------ | ---------------------------- |
| 1   |                                      |                              |
| 2   |                                      |                              |
| 3   |                                      |                              |
| 4   |                                      |                              |
| 5   |                                      |                              |
| 6   |                                      |                              |
| 7   |                                      |                              |
| 8   | UNITED STATES DISTRICT COURT         |                              |
| 9   | EASTERN DISTRICT OF CALIFORNIA       |                              |
| 10  |                                      |                              |
| 11  | DONNA MORET,                         | No. 2:06-cv-1954-MCE-KJM     |
| 12  |     Plaintiff,                       |                              |
| 13  |   v.                                 | **NON-RELATED CASE ORDER**   |
| 14  | MERCK & COMPANY, INC.;               |                              |
|     | MCKESSON CORPORATION,                |                              |
| 15  |                                      |                              |
|     |     Defendants.                      |                              |
| 16  | _____/     |                              |
| 17  | RUTH BEATTY,                         | No. 2:06-cv-1845-LKK-GGH     |
| 18  |     Plaintiff,                       |                              |
| 19  |   v.                                 |                              |
| 20  | MERCK & CO., INC. and                |                              |
|     | MCKESSON CORPORATION,                |                              |
| 21  |                                      |                              |
|     |     Defendants.                      |                              |
| 22  | _____/     |                              |
| 23  | LINDA CHAMBERLAIN,                   | No. 2:06-cv-1973-LKK-GGH     |
| 24  |     Plaintiff,                       |                              |
| 25  |   v.                                 |                              |
| 26  | MERCK & CO., INC. and                |                              |
|     | MCKESSON CORPORATION,                |                              |
| 27  |                                      |                              |
|     |     Defendants.                      |                              |
| 28  | _____/     |                              |

```
 1  KAP SOOK CHOI,                          No. 2:06-cv-1977-WBS-DAD
 2          Plaintiff,
 3       v.
 4  MERCK & CO., INC. and
    MCKESSON CORPORATION,
 5
            Defendants.
 6  _____/
 7  MARY GROVE,                             No. 2:06-cv-1941-WBS-KJM
 8          Plaintiff,
 9       v.
10  MERCK & CO., INC. and
    MCKESSON CORPORATION,
11
            Defendants.
12  _____/
13  WITOLD KOLANKOWSKI,                     No. 2:06-cv-1978-GEB-GGH
14          Plaintiff,
15       v.
16  MERCK & CO., INC. and
    MCKESSON CORPORATION,
17
            Defendants.
18  _____/
19  MAXIMO RIVERA,                          No. 2:06-cv-1957-DFL-GGH
20          Plaintiff,
21       v.
22  MERCK & CO., INC. and
    MCKESSON CORPORATION,
23
            Defendants.
24  _____/
25  ///
26  ///
27  ///
28  ///
```

1    The Court has received the Notice of Related Cases
2 concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-
3 123, E.D. Cal. (1997).  The Court has determined, however, that
4 it is inappropriate to relate or reassign the cases, and
5 therefore declines to do so.
6    This Order is issued for informational purposes only, and
7 shall have no effect on the status of the cases, including any
8 previous Related (or Non-Related) Case Order of this Court.
9    IT IS SO ORDERED.
10 DATE: October 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE